

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-15-00771-CR

John David **GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 11-05-075-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the motion for disclosure of grand jury information, and the motion is DENIED.

It is so **ORDERED** on January 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court